Núm. 8517.—Laborde, apldo. *v.* Tugwell, Gobernador, et als., apltes.—C. D. San Juan. ▋ Abril 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, el demandante apelado radicó una moción solicitando la desestimación de este recurso alegando que el mismo es frívolo y solicitando además se condene a los apelantes al pago de las costas y honorarios de abogado;

Por cuanto, señalada dicha moción para vista, la que se celebró en el día de ayer, a la misma compareció únicamente el apelado, pero los demandados apelantes radicaron una moción solicitando se les tenga por desistidos de su recurso;

Por cuanto, el apelado ratificó oralmente su solicitud de que se condene a los apelantes al pago de las costas y honorarios de abogado;

Por cuanto, las razones expuestas por los apelantes para que se les tenga por desistidos de su recurso son meritorias, no procediendo por tanto que se les condene al pago de costas y honorarios que solicita el apelado,

Por tanto, se desestima el recurso en este caso interpuesto por los demandados.

Núm. 8525.—De Jesús et al., apldos. *v.* Assad, aplte.—C. D. Arecibo. ▋ Mayo 8, 1942.

Por cuanto, la parte apelada presentó una moción solicitando la desestimación del recurso por ser frívolo, y

Por cuanto, señalada la vista de la moción para el 4 de mayo en curso, ambas partes comparecieron, oponiéndose a la desestimación la apelante, y

Por cuanto, la sentencia apelada se dictó sobre los méritos, basándose la corte sentenciadora en las alegaciones y en las pruebas y ni las unas ni las otras se encuentran ante nos:

Por tanto, no habiendo proporcionado la apelada a esta corte la base necesaria para apreciar si el recurso es o no frívolo, no ha lugar a su desestimación.